United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **GALE J. NICOLAS,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02046 |
| § § | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** *et al.*, § § § | |
| Defendants. § § | |

## FINAL JUDGMENT

Plaintiff Gail Nicolas brought this suit in state court against Defendants Deutsche Bank National Trust Co. and PHH Mortgage Corp., and Defendants then removed it to this Court. (Doc. 1.) Defendants moved for summary judgment (Doc. 12). Plaintiffs did not oppose the Motion, and the Court granted Defendant's Motion for Summary Judgment at a hearing on May 17, 2023, for the reasons stated on the record.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 1, 2023.

_____
Keith P. Ellison
United States District Judge